N.D. OF N.Y.
FILED
MAR 01 2011
LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

EDWARD E. OGALO,

                              *Plaintiff,*      **ORDER**

       -against-                                      10-CV-01163

NYS THRUWAY AUTHORITY, et al,                DNH/GHL

                              *Defendants.*

---

       The Plaintiff, Edward E. Ogalo, having commenced this action against defendants NYS Thruway Authority, NYS Canal Corporation, NYS Department of Civil Service and NYS Office of the State Comptroller.

       AND the defendants' NYS Department of Civil Service and NYS Office of the State Comptroller having appeared in this action by The New York State Office of the Attorney General, David Cochran, Assistant Attorney General of Counsel; the defendants NYS Department of Civil Service and NYS Office of the State Comptroller filed and served a Motion to Dismiss the complaint for failure to state a cause of action on January 14, 2011; Plaintiff had until February 14, 2011 to respond to the Motion to Dismiss, and Plaintiff has filed no papers in response to the Motion to Dismiss:

       UPON the reading of the Complaint and the above referenced Motion to dismiss, and having reviewed the record and having considered the issues raised in the Motion to Dismiss.

       It is therefore:

       ORDERED that the defendants' NYS Department of Civil Service and NYS Office of the State Comptroller Motion to Dismiss is GRANTED in all respects and Plaintiff's Complaint is

DISMISSED in its entirety as against defendants' NYS Department of Civil Service and NYS Office of the State Comptroller.

IT IS SO ORDERED

Dated: Utica, New York
February 28, 2011

Hon. David N. Hurd
United States District Judge